DAVID C. DOYLE (CA SBN 70690)
ddoyle@mofo.com
M. ANDREW WOODMANSEE (CA SBN 201780)
mawoodmansee@mofo.com
WILLIAM V. O'CONNOR (CA SBN 216650)
woconnor@mofo.com
E. DALE BUXTON II (CA SBN 222580)
dbuxton@mofo.com
CHRISTIAN G. ANDREU-VON EUW (CA SBN 265360)
CAndreuvonEuw@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California  92130-2040
Telephone:  858.720.5100
Facsimile:  858.720.5125

Attorneys for Plaintiff
KYOCERA CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYOCERA CORPORATION, | Case No. 11-cv-02934-JLS-JMA |
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| v. | |
| EASTMAN KODAK COMPANY, | Courtroom: 6 |
| Defendants. | Judge:  Hon. Janis L. Sammartino |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).  The parties further stipulate and agree that each party shall be responsible for its own costs and attorneys' fees associated with this action.

| | | |
|---|---|---|
| 1 | Dated:  May 22, 2013 | Respectfully submitted, |
| 2 | | MORRISON & FOERSTER LLP |
| 3 | | |
| 4 | | By:  */s/ William V. O'Connor* |
| 5 | |      William V. O'Connor<br>     Email:  woconnor@mofo.com |
| 6 | | *Attorneys for Plaintiff Kyocera Corporation* |

(Line numbers 7–28 blank)

sd-616241

2

CASE NO. 11-cv-02934-JLS-JMA
NOTICE OF DISMISSAL WITH PREJUDICE